UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

BARBARA SPITZ and
WILLIAM SPITZ,

    Plaintiffs,                                       Case No. 11-CV-01102

WPS HEALTH PLAN, and
MEDICARE,

    Subrogated Plaintiffs,

    vs.

MIDWEST AIRLINES, INC.,
FRONTIER AIRLINES, INC.,
ABC INSURANCE COMPANY (a fictitious name), and
XYZ INSURANCE COMPANY (a fictitious name),

    Defendants.

## ORDER NAMING PROPER PARTY AND AMENDING CAPTION

Based upon the agreement of the parties, by and through their respective counsel, at the January 31, 2012 Scheduling Conference, and a review of the filings in this matter,

IT IS HEREBY ORDERED that the caption of this case shall be amended to substitute Wisconsin Physicians Service Insurance Corporation, the real party in interest, in place of WPS Health Plan, Inc. and all pleadings and documents on file herein shall be considered amended to change WPS Health Plan, Inc. to Wisconsin Physicians Service Insurance Corporation.

Dated at Milwaukee, Wisconsin this ____ day of February, 2012.

                                            BY THE COURT:

                                            _____
                                            NANCY JOSEPH
                                            United States Magistrate Judge