# Exhibit A - Bill of Costs

| $350.00 | Filing Fee for Removal to Eastern District of Wisconsin |
|---|---|
| $211.00 | Filing Fee – Counsel for Defendants Admitted to E.D. of Wisconsin |
| $38.76 | Fees for research using Lexis Nexis service |
| $18.32 | Fees incurred using Pacer System |
| $34.67 | Federal Express costs |
| $18.45 | Costs incurred for phones services |
| $11.30 | Photocopy costs |
| 20.00 | Docket fees under 28 U.S.C. 1923 |
| | |
| **$702.50** | **TOTAL COSTS** |